Prepared By:
Michael Jones, CA Bar No. 271574
M. Jones & Associates, PC
505 North Tustin Ave, Suite 105
Santa Ana, CA 92705
Telephone: (714) 795-2346
Facsimile: (888) 341-5213
Email:  mike@MJonesOC.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HEIDI JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC.,<br><br>Defendant | Case No. 8:15-cv-01833-DOC-DFM<br><br>DISMISSAL OF ENTIRE ACTION PURSUANT TO FRCP RULE 41 |

1  Plaintiff Heidi Johnson, pursuant to Federal Rules of Civil Procedure
2  Rule 41, dismisses the above captioned action in its entirety, prior to the
3
4  service of an answer or a motion for summary judgment.
5
6  Dated this 2 January 2016.
7
8                          **M Jones and Associates, PC**
9                          Attorneys for Plaintiff
10
11  _[signature: Michael Jones]_
12                          Michael Jones
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Dismissal of Entire Action Pursuant to FRCP Rule 41**

2

# **PROOF OF SERVICE**

Fed. R. Civ. P. Rule 5; L.R. 5-3

Pursuant to L.R. 5-3.2, the foregoing document was, or will be, filed electronically, and will trigger a "Notice of Electronic Filing" (NEF) that will be sent by email to all CM/ECF Users that have appeared in the case, as well as all pro se parties who have appeared and registered for CM/ECF notifications.  Unless service is governed by Fed. R. Civ. P. Rule 4, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil Procedure, and the NEF itself will constitute proof of service for individuals so served.  All attorneys that are registered as CM/ECF Users are deemed to have consented to service in this manner.

Only those parties that have not appeared in the case in the above captioned Court, who are not registered for the CM/ECF System, or who have not consented to receive service through the CM/ECF system must be served by other means, with a required declaration as to the means of service.  Those parties, if any, and their means of service are below:

| | |
|---|---|
| Non-ECF Party Served, with address: | *Leslie Bender, Esq.*<br>*(leslie.bender@arsnational.com)* |
| Day and Manner of Service: | 2 January 2016 |
| Title of Document Served: | Dismissal of Entire Action Pursuant to FRCP Rule 41 |
| Method of Service employed (e.g., personal, substituted, mail): | Email |

Executed on Saturday, January 02, 2016, at Santa Ana, California.

*/s/ Michael Jones*
_____
Michael Jones